Case 10-62315    Filed 01/15/14    Doc 1344

Justin D. Harris #199112
MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654
E-mail: jdh@mmwbr.com

Attorneys for Terence Long, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

In re:

BEN ENNIS

Debtor.

Case No. 10-62315-A-11

Chapter 11

D.C. No. MMW-52

Date: January 29, 2014
Time: 2 p.m.
Place: Dept. A, Courtroom 11, 5th Floor
       2500 Tulare St., Fresno, California
Judge: Hon. Fredrick Clement

**JOINT STATUS REPORT REGARDING FINAL APPLICATION FOR COMPENSATION BY TERENCE J. LONG, CHAPTER 11 TRUSTEE**

Terence Long, as Chapter 11 Trustee and Tracy Hope Davis, United States Trustee, by and through counsel, submit the following joint status report regarding the United States Trustee's objection to the final fee application of Terence J. Long, Chapter 11 Trustee as follows:

/ / /

/ / /

MOTSCHIEDLER,
MICHAELIDES,
WISHON, BREWER &
RYAN, LLP

1

JOINT STATUS CONFERENCE STATEMENT

{05337/0002//349575.DOC}

1. Consistent with the Court's charge, the parties have continued to discuss resolution of this dispute short of a trial. Discussions are ongoing.

2. Mr. Long has just recently retained Donald Fitzgerald, Esq. of Felderstein, Fitzgerald, Willoughby & Pascuzzi, LLP to associate in as co-counsel for Mr. Long in this matter. Mr. Fitzgerald is in the process of reviewing the lengthy case file in this otherwise complex matter. Mr. Fitzgerald will need some time to come up to speed and be in a position to offer some insight in this matter.

3. Given the gravity of this particular matter, and the time required for Mr. Fitzgerald to come up to speed, the parties request that the Court treat the continued hearing on January 29, 2014 as a status conference.

Dated: January 15, 2014

MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By: _____
Justin D. Harris, Attorneys for
Terence Long, Chapter 11 Trustee

Dated: January 15, 2014

ANTONIA G. DARLING
ASSISTANT UNITED STATES TRUSTEE

By: _____
Gregory S. Powell
Attorney for Tracy Hope Davis
United States Trustee

MOTSCHIEDLER,
MICHAELIDES,
WISHON, BREWER &
RYAN, LLP

2

{05337/0002//349575.DOC}

JOINT STATUS CONFERENCE STATEMENT