René Lastreto, II, #100993
rl2@lrplaw.net
Michael J. Gomez, #251571
mjg@lrplaw.net
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
M:\35125\Pleadings\Bankruptcy\Motion to Sell Oceano Condo\LRP-10.Motion-Sell.wpd

Attorneys for Plan Administrator,
DAVID STAPLETON

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 10-62315-A-11 |
| | Chapter 11 |
| **BEN ENNIS,** | DC No.: **LRP-10** |
| Debtor. | **PLAN ADMINISTRATOR'S MOTION FOR AN ORDER AUTHORIZING SALE OF 1277 BELRIDGE STREET #8B, OCEANO, CA FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f)** |
| | Hearing Date: February 26, 2014<br>Hearing Time: 1:30 p.m.<br>Location: Department A, Courtroom 11<br>2500 Tulare Street, Fifth Floor<br>Fresno, California 93721 |
| | **HONORABLE FREDRICK CLEMENT** |

Plan Administrator's Motion For an Order Authorizing Sale of Real Property (LRP-10)   -1-

Case 10-62315    Filed 01/29/14    Doc 1366

TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:

David Stapleton, the Plan Administrator (the "Plan Administrator") nominated pursuant to the confirmed "*Plan of Liquidation of Ben A. Ennis Dated December 14, 2012*" (the "Plan"), respectfully moves this Court for the entry of an order authorizing the sale of the real property commonly known as 1277 Belridge Street # 8, Oceano, California (the "Real Property") free and clear of all liens, claims, and interests with such liens, claims, and interests to attach to the proceeds of the sale in the order of their priority.

The Plan Administrator seeks to sell the Real Property to the Paul V. Rossitto Trust and the Barbara A. Rossitto Trust for $235,000; on an "as is," "where is" and "with all faults" basis, without warranty or knowledge; without any right to credit bid under 11 U.S.C. § 363(k); finding that the buyer is in good faith within the meaning of 11 U.S.C. § 363(m); waiving Fed. R. Bankr. P. 6004(h); paying all customary closing costs including a total 6% commission for the real estate agents from escrow; and surcharging such closing costs against the secured claims, if any. The net proceeds will be held by the Plan Administrator subject to further order of the Court. The real estate agent for the buyer is Ben Ennis' grandson, Kevin Land.

The relief requested is authorized pursuant to section IV.B of the Plan, 11 U.S.C. §§ 363(b), (f), (k), and (m), Federal Rules of Bankruptcy Procedure 2002(a)(2), 2002(c)(1), 2002(i), 2002(k), 6004, and 9014, Local Bankruptcy Rule 9014-1, and the authorities cited in the Memorandum of Points and Authorities. The Plan Administrator is providing notice of this Motion.

**WHEREFORE,** the Plan Administrator prays that the Court enter an order:

1. Affirming the adequacy of the notice given;
2. Granting the Motion;
3. Authorizing the sale of the Real Property for $235,000 pursuant to 11 U.S.C. § 363(b);
4. Authorizing the sale free and clear of all liens, claims, and interests, with unrecorded property taxes to be paid through escrow and all other liens, claims, and interests to attach to the net proceeds from the sale pursuant to 11 U.S.C. § 363(f);

5.  Authorizing payment of a 3% commission from the total purchase price to be paid to the Plan Administrator's real estate agent and another 3% commission from the total purchase price to be paid to the buyer's real estate agent as well as customary closing costs;

6.  Finding the buyer is in good faith under 11 U.S.C. § 363(m);

7.  Permitting all commissions and closing costs to be surcharged against the secured claims, if any, against the Real Property;

8.  Waiving the 14 day stay imposed by Fed. R. Bankr. P. 6004(h);

9.  To effectuate ¶ 4, directing the escrow company to disburse all net proceeds from the sale to the Plan Administrator to be held in a segregated account pending further order of the Court; or

10. Authorizing a sale to any other buyer on the same terms should the proposed buyer fail to perform, subject to submission of competent evidence for a finding under 11 U.S.C. § 363(m); and

11. For such other and further relief as the Court deems just and proper.

Dated: January 29, 2014                                  LANG, RICHERT & PATCH, P.C.

                                                         By: _____
                                                            Michael J. Gomez
                                                            Attorneys for David Stapleton,
                                                            Plan Administrator